IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40491
Summary Calendar

_____

DAVID KATES,

Plaintiff-Appellant,

versus

JAMES ANDY COLLINS; S.O. WOODS;
J. NEMACHECK, Doctor;
N. DIAM, Doctor,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-93-CV-362
- - - - - - - - - -

February 15, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

David Eugene Kates, Texas state prisoner # 335199, has appealed the district court's grant of summary judgment to the defendants in his civil rights action, 42 U.S.C. § 1983.

Kates contends that the district court reversibly erred because there are genuine issues of material fact concerning his claim that prison officials and employees denied him adequate

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

medical treatment during the relevant three-month period in 1993.


We AFFIRM, substantially for the reasons stated in the district court's comprehensive opinion.  <u>Kates v. Collins</u>, No. G-93-CV-362 (S.D. Tex. March 24, 1998) (unpublished).

JUDGMENT AFFIRMED.